UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Shawn Liggons,                                         Case No. 3:20-cv-1208

             Plaintiff,

       v.                                                 JUDGMENT ENTRY

General Motors, LLC, *et al.*,

             Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant the motions for summary judgment filed by Defendants General Motors, LLC, and United Automobile, Aerospace and Agricultural Implement Workers of America, Local 14. (Doc. Nos. 42 and 43).

So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge