United States District Court for the Northern District of Ohio

FILED
OCT 27 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

**Shawn Liggons**

Plaintiff,

vs.

CASE NO. 3:20-cv-1208

Judge: Jeffrey Helmick

General Motors, LLC, *et al.*,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Shawn Liggons, hereby appeal to the United States Court of Appeals for the Sixth Circuit from Judge Jeffrey Helmick from an order of Summary Judgement Entered in this action on the 26 day of October, 2023.

Shawn L. Liggons, Pro se

7843 Rea Road, Apt. 177
Indianapolis, IN 46227
(419) 461-6576

#14013